UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS , <br><br> Plaintiff, <br><br> v. <br><br> MITCH McCONNELL, et al., <br><br> Defendant. | CASE NO. 2:20-cv-01785-RSM-BAT <br><br> **REPORT AND RECOMMENDATION** |

**Bar-order litigant John Robert Demos** has filed an application to proceed *in forma pauperis* and a proposed 42 U.S.C. § 1983 civil rights compliant against defendants Mitch McConnell, Nancy Pelosi, and John Doe, Washington State Senate Majority Leader. Dkt. 1.

Plaintiff alleges that: 1) Article I, section 2 of the United States Constitution violates the "equal footing doctrine/clause"; 2) The (13) original colonies were "Royal Charters" of the British Crown and the declaration of rights is unconstitutional; 3) The Court should resolve the constitutional conflict of paying "Crown" debt to England; 4) The Court should resolve the legitimacy of statehood for sates that "seceded" in 1861; 5) The Court should resolve a conflict between the constitutions of the United States and Washington State regarding immunities; 6) "The 5th Amendment prohibition against double jeopardy was violated by all (3) named defendants; 7) he 14th Amendment right to equal protection, all (3) named defendants are guilty; 8) "The enacting

REPORT AND RECOMMENDATION - 1

1  of unconstitutional laws by congress and the state legislature has led to plaintiff Demos false

2  imprisonment in prison based on the law of cause and effect."

3  Under the bar order, Mr. Demos may submit only **three** IFP applications and proposed

4  actions each year.  *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992);

5  *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).

6  Furthermore, under 28 U.S.C. § 1915(g), Mr. Demos must demonstrate "imminent danger of

7  serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as

8  frivolous, malicious, or for failure to state claim.  *See Demos v. Lehman*, MC99-113-JLW (W.D.

9  Wash. Aug. 23, 1999).

10  The Court finds plaintiff's civil-rights action is barred. Mr. Demos has already filed his

11  allotted three proposed civil-rights actions for this year without payment of filing fees. *See*

12  *Demos v. Clarence Thomas, et al.,* 20-cv-175-RSM (W.D. Wash., filed Feb. 4, 2020); *Demos v.*

13  *Brett Kavanaugh,* 20-cv-177-JLR (W.D. Wash., filed Feb. 4, 2020); and *Demos v. State of*

14  *Washington*, 20-cv-1663-RSM (W.D. Wash., filed November 7, 2020).  Also, Mr. Demos's

15  proposed complaint does not contain "a plausible allegation that the prisoner faced imminent

16  danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047,

17  1055 (9th Cir. 2007) (internal citations omitted).

18  For the foregoing reasons, the Court recommends that plaintiff's application to proceed

19  IFP be **DENIED** and the accompanying civil-rights complaint be **DISMISSED**.  A proposed

20  Order is attached.

21  The Clerk is directed to send a copy of this Report and Recommendation to Mr. Demos

22  and to the Honorable Ricardo S. Martinez. Any objections to this Recommendation must be filed

23  no later than **December 21, 2020**; the matter will be ready for the Court's consideration on

**December 23, 2020** because the Court is closed on December 25, 2020. Objections shall not exceed five pages.  The failure to timely object may affect the right to appeal.

DATED this 7th day of December, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3