UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS ,<br><br>              Plaintiff,<br><br>   v.<br><br>MITCH McCONNELL, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-01785-RSM-BAT<br><br>**ORDER DISMISSING THE CASE** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   The case is dismissed and the motion to proceed in forma pauperis is stricken.

(3)   The Clerk is directed to send copies of this Order to the plaintiff.

Dated this 14th day of December, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING THE CASE - 1